

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
ANGELIQUE FAYE LEHMANN WADDELL

ORDER

Angelique Faye Lehmann Waddell has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of applying for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Waddell passed the MPRE in 2006 when seeking admission to the practice of law in the State of Texas, where Waddell was admitted. Waddell has practiced law continuously "for 14 years, without any ethical or disciplinary action in any jurisdiction where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Angelique Faye Lehmann Waddell to waive the three-year test requirement for the MPRE for purposes of a current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 26ᵗʰ day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices